IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Case No. 21-cv-00797-ELH |
| v. | § § | |
| AGNIK, LLC, | § § | |
| Defendant. | § | |

## DEFENDANT AGNIK, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendant Agnik, LLC ("Agnik"), by its undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rules 105 (motions and memoranda) and 801 (patent case rules), moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

The grounds for the motion are fully set forth in the supporting Memorandum filed contemporaneously herewith.

Dated: April 26, 2021

/s/
James K. Archibald (Fed. Bar #00097)

/s/
Paul F. Evelius (Fed. Bar # 05754)
Wright, Constable & Skeen, L.L.P.
7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone:  410-659-1326
Fax: 410-659-1350
jarchibald@wcslaw.com
pevelius@wcslaw.com

Attorneys for Defendant Agnik, LLC

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 26, 2021 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Maryland, using the electronic case filing system of the court. I hereby also certify that I also have served a copy of the foregoing on the following via e-mail:

Jesse D. Stein
Policastri Law Firm, LLC
600 Jefferson Plaza, Suite 308
Rockville, MD 20852
jesse@policastrilawfirm.com

and

Jay Johnson
Kizzia Johnson, PLLC
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
jay@kipllc.com

and

D. Bradley Kizzia
Jay Johnson
Kizzia Johnson, PLLC
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
bkizzia@kipllc.com

                /s/
              James K. Archibald (Fed. Bar #00097)