IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § § § § § § § § § § | |
| Plaintiff, | | Case No: 1:21-cv-00797-ELH |
| vs. | | PATENT CASE |
| AGNIK, LLC, | | |
| Defendant. | | |

**JOINT STIPULATION AND ORDER OF DISMISSAL**

Plaintiff Social Positioning Input Systems, LLC, and Defendant Agnik, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: May 5, 2021.                     Respectfully submitted,

/s/ Jesse D. Stein
**JESSE D. STEIN (Bar No. 17663)**
**POLICASTRI LAW, PLLC**
600 Jefferson Plaza, Ste. 308
Rockville, MD 20852
jesse@policastrilawfirm.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *James K. Archibald*

**JAMES K. ARCHIBALD (FED. BAR #00097)**
**PAUL F. EVELIUS (FED. BAR # 05754)**
**WRIGHT, CONSTABLE & SKEEN, L.L.P.**
7 Saint Paul Street, 18th Floor
Baltimore, Maryland 21202
Telephone: 410-659-1326
Fax: 410-659-1350
jarchibald@wcslaw.com
pevelius@wcslaw.com

**ATTORNEYS FOR DEFENDANT**

The Clerk shall close the case. Ent

SO ORDERED this 5th day of May, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

JOINT STIPULATION AND ORDER OF DISMISSAL | 2